# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRESS AND JOURNAL, INC.,** | : | CIVIL ACTION NO. 1:18-CV-2064 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| **BOROUGH OF MIDDLETOWN,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 14th day of February, 2019, upon consideration of the parties' joint motion (Doc. 31) for continuance of the hearing on plaintiff's motion (Doc. 5) for preliminary injunction, it is hereby ORDERED that said motion is GRANTED. The hearing concerning the pending motion (Doc. 5) for preliminary injunction is CONTINUED from February 19, 2019, to **9:30 a.m. on Thursday, March 21, 2019**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania