IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRESS AND JOURNAL, INC.,** : CIVIL ACTION NO. 1:18-CV-2064
| : |
| Plaintiff : (Chief Judge Conner) |
| : |
| v. : |
| : |
| **BOROUGH OF MIDDLETOWN,** : |
| : |
| Defendant : |

## ORDER

AND NOW, this 25th day of March, 2019, upon the consent of the Plaintiff Press & Journal, Inc. ("P&J"), and the Defendant Borough of Middletown ("Borough") (collectively, the "Parties"), the Court hereby Decrees that:

1. This Court has not reached any conclusions as to the claims raised in this action by the P&J, which are disputed by the Borough, alleging that the Borough acted in violation of the P&J's rights under the First Amendment of the United States Constitution. Notwithstanding, the Court understands that the Parties jointly wish to end this dispute and to resolve this action through the entry of this Consent Decree.

2. Accordingly, with the agreement of the Parties, it is ORDERED that within 10 days hereof, the Borough shall pass a resolution, and keep current by way of future resolution, its criteria by which decisions will be made for the placement of advertising required by law and advertising not so required, and the Borough shall comply with those published criteria in the placement of all such advertisements.

3. This action is hereby DISMISSED with prejudice, subject to this Court retaining jurisdiction to enforce this Consent Decree.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania